UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RECOVERED CAPITAL CORPORATION

     VS                                           CASE NO.  3:06cv528/MCR/MD

LIFETOUCH INC.

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   April 24, 2007
Type of Motion/Pleading: REQUEST FOR ADMISSION PRO HAC VICE OF AHNA M. THORESEN SEVERTS (on behalf of LIFETOUCH INC); Notice of Filing Confirmation of Completion of Local Rules
Filed by: Attorney AHNA M THORESEN SEVERTS   on 4/13/07; 4/23/2007   Document 32,33
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                            on               Doc.#
                                            on               Doc.#
                                            WILLIAM M. McCOOL, CLERK OF COURT

                                            /s/ C. Justice
                                            Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 26th day of April, 2007, that:
(a)   The requested relief is GRANTED.
(b)

/s/ Miles Davis

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.